THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM SMITH, Appellant, *v.* JOHN E. VAN DE CARR, Warden of the City Prison of the City of New York, et al., Respondents.

*People ex rel. Smith* v. *Van De Carr*, 86 App. Div. 9, appeal dismissed. (Argued January 8, 1906; decided January 16, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1903, which reversed an order of Special Term sustaining writs of certiorari and habeas corpus on behalf of the relator.

The motion was made upon the grounds that the relator had failed to perfect the appeal by filing an undertaking and had taken no steps towards the prosecution of said appeal since the filing of notice thereof.

*William Travers Jerome, District Attorney (Howard S. Gans,* of counsel), for motion.

No one opposed.

Motion granted.